1  DOUGLAS C. MCDERMOTT
   doug@mcdermottasan.com
2  ANDREA L. ASAN
   andrea@mcdermottasan.com
3  MCDERMOTT ASAN, PLLC
   140 South Arthur Street, Suite 660
4  Spokane, Washington 99202
   Telephone: 509-213-5298

5

6

7          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF WASHINGTON
8

   | | |
   |---|---|
   | PAISHA BLAYLOCK, individually and on her own behalf; and BEB, a minor individual, by and through her litigation guardian *ad litem*, | Case No.: 2:24-cv-00250-TOR |
   | | REQUEST FOR TRIAL BY JURY OF 6 |
   | Plaintiffs, | |
   | v. | |
   | MEDICAL LAKE SCHOOL DISTRICT, a Washington governmental entity; TIM AMES, an individual; KIM NOWALK, an individual; CELESTE KNIGHTS, an individual; CAROLIN GIPPLE, an individual; JENNA FINNERTY, an individual; ALITA CROSBY, an individual; KATHRYN INMAN, an individual; DARLENE STARR, an individual; SIARA RODRIGUES, an individual; BARRY WARREN, an individual; TAWNI BARLOW, an individual; and DOEs 1-10, unknown persons and/or entities, | |
   | Defendants. | |

REQUEST FOR TRIAL BY JURY OF 6 - 1
Case No.: 2:24-cv-00250-TOR

**MCDERMOTT ASAN, PLLC**
140 South Arthur Street, Suite 660
Spokane, Washington 99202
Telephone: 509-213-5298

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiffs Paisha Blaylock and BEB hereby demand a trial by a jury of 6 as to all issues.

Dated this 30th day of July, 2024    Respectfully submitted,

MCDERMOTT ASAN, PLLC

By  s/ Douglas C. McDermott
Douglas C. McDermott, WSBA #31500
doug@mcdermottasan.com
Andrea L. Asan, WSBA #35395
140 South Arthur Street, Suite 660
Spokane, Washington 99202
Telephone: 509-213-5298

*Attorneys for Plaintiffs*

REQUEST FOR TRIAL BY JURY OF 6 - 2
Case No.: 2:24-cv-00250-TOR

**MCDERMOTT ASAN, PLLC**
140 South Arthur Street, Suite 660
Spokane, Washington 99202
Telephone: 509-213-5298

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the State of Washington that on July 30, 2024, I caused a true and correct copy of the foregoing document to be electronically filed with the Clark of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Douglas C. McDermott
Douglas C. McDermott, WSBA #31500
doug@mcdermottasan.com
MCDERMOTT ASAN, PLLC
140 South Arthur Street, Suite 660
Spokane, Washington 99202
Telephone: 509-213-5298

*Attorneys for Plaintiff*

REQUEST FOR TRIAL BY JURY OF 6 - 3
Case No.: 2:24-cv-00250-TOR

**MCDERMOTT ASAN, PLLC**
140 South Arthur Street, Suite 660
Spokane, Washington 99202
Telephone: 509-213-5298