FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAISHA BLAYLOCK, individually and on her own behalf; and B.E.B, a minor individual, by and through her litigation guardian ad litem,<br><br>Plaintiffs,<br><br>v.<br><br>MEDICAL LAKE SCHOOL DISTRICT, a Washington governmental entity; TIM AMES, an individual, KIM NOWALK, an individual, CELESTE KNIGHTS, an individual, CAROLIN GIPPLE, an individual, JENNA FINNERTY, an individual, ALITA CROSBY, an individual, KATHRYN INMAN, an individual, DARLENE STARR, an individual, SIARA RODRIGUES, an individual, BARRY WARREN, an individual, TAWNI BARLOW, an individual, and Does 1-10, unknown persons and/or entities,<br><br>Defendants. | NO. 2:24-CV-0250-TOR<br><br>ORDER ON STIPULATED MOTION TO DISMISS THE INDIVIDUALLY NAMED DEFENDANTS |

ORDER ON STIPULATED MOTION TO DISMISS THE INDIVIDUALLY
NAMED DEFENDANTS ~ 1

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss the Individually Named Defendants. ECF No. 35. The parties agree that Plaintiffs' claims against the individual named Defendants Tim Ames, Tawni Barlow, Alita Crosby, Jenna Finnerty, Carolin Gipple, Kathryn Inman, Celeste Knights, Kim Nowalk, Siara Rodrigues, Darlene Starr, and Barry Warren shall be dismissed without prejudice, and each party shall bear their own costs and attorneys' fees. ECF No. 35. The Court has reviewed the record and files herein and is fully informed.

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss a case if the parties file and sign a stipulation to dismiss.

/

/

/

/

/

/

/

/

/

/

ORDER ON STIPULATED MOTION TO DISMISS THE INDIVIDUALLY NAMED DEFENDANTS ~ 2

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss the Individually Named Defendants (ECF No. 35) is **GRANTED.**

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims against the individually named Defendants Tim Ames, Tawni Barlow, Alita Crosby, Jenna Finnerty, Carolin Gipple, Kathryn Inman, Celeste Knights, Kim Nowalk, Siara Rodrigues, Darlene Starr, and Barry Warren are **DISMISSED** without prejudice and without costs or attorneys' fees to any party.

The District Court Executive is directed to enter this Order, terminate the parties accordingly, and furnish copies to counsel.

DATED June 2, 2026.



THOMAS O. RICE
United States District Judge

ORDER ON STIPULATED MOTION TO DISMISS THE INDIVIDUALLY NAMED DEFENDANTS ~ 3